**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

DISTRICT OF SOUTH CAROLINA

Case number *(if known)* _____    Chapter ___11___

☐ Check if this is an amended filing

## Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy

04/25

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| **1.** | **Debtor's name** | Dockside Association, Inc |
| **2.** | **All other names debtor used in the last 8 years** <br><br> Include any assumed names, trade names and *doing business as* names | |
| **3.** | **Debtor's federal Employer Identification Number (EIN)** | 57-0627103 |

**4. Debtor's address**

| **Principal place of business** | **Mailing address, if different from principal place of business** |
|---|---|
| 330 Concord Street <br> Charleston, SC 29401 <br> Number, Street, City, State & ZIP Code | PO Box 20279 <br> Charleston, SC 29413 <br> P.O. Box, Number, Street, City, State & ZIP Code |
| Charleston <br> County | **Location of principal assets, if different from principal place of business** |
| | <br> Number, Street, City, State & ZIP Code |

**5. Debtor's website** (URL) _____

**6. Type of debtor**

☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

Debtor    Dockside Association, Inc                                    Case number (if known) _____
     Name

**7.** **Describe debtor's business**    A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☒ None of the above

B. *Check all that apply*

☒ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See
http://www.uscourts.gov/four-digit-national-association-naics-codes.

    8139

**8.** **Under which chapter of the Bankruptcy Code is the debtor filing?**    *Check one:*

☐ Chapter 7

☐ Chapter 9

☒ Chapter 11. *Check all that apply*:

    ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,424,000 (amount subject to adjustment on 4/01/28 and every 3 years after that).

    ☒ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

    ☐ A plan is being filed with this petition.

    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.** **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

☒ No.
☐ Yes.

| | District _____ | When _____ | Case number _____ |
| District _____ | When _____ | Case number _____ |

**10.** **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☒ No
☐ Yes.

Debtor   Dockside Association, Inc
_____   Case number (*if known*) _____
Name

List all cases. If more than 1,
attach a separate list

| | Debtor | _____ | When | _____ | Relationship | _____ |
| | District | | | | Case number, if known | |

---

**11. Why is the case filed in this district?**   *Check all that apply:*

☒ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

---

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☐ No

☒ Yes.   Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☒ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard?   Potential building collapse and building contains asbestos.

☒ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other

**Where is the property?**   330 Concord Street
Charleston, SC, 29401

Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☒ Yes.   Insurance agency   Acrisure

Contact name   Dawn M. Becker-Durnin, CIRMS

Phone   (704) 233-7386

---

**Statistical and administrative information**

**13. Debtor's estimation of available funds**   *Check one:*

☒ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

---

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☒ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

---

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☒ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50   million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☒ $10,000,001 - $50   million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

Debtor   Dockside Association, Inc                                          Case number (if known) _____
        Name

## Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   December 29, 2025
              MM / DD / YYYY

**X** /s/ Christine Kenny                                   Christine Kenny
Signature of authorized representative of debtor            Printed name

Title   President

**18. Signature of attorney**

**X** /s/ Michael M. Beal                        Date   December 29, 2025
Signature of attorney for debtor                        MM / DD / YYYY

Michael M. Beal
Printed name

Beal LLC
Firm name

1301 Gervais St, Suite 1040
Columbia, SC 29201
Number, Street, City, State & ZIP Code

Contact phone  _____   Email address   mbeal@bealllc.com

598 SC
Bar number and State

## RESOLUTIONS BY WRITTEN CONSENT OF

## THE BOARD OF DIRECTORS OF

## DOCKSIDE ASSOCIATION, INC.

## A SOUTH CAROLINA CORPORATION

The undersigned, constituting all of the members of the Board of Directors of Dockside Association, Inc. (the "Company"), a South Carolina corporation, do hereby consent in writing to the following actions of the Company and authorize the following actions:

**WHEREAS**, the undersigned constitute all of the Directors of the Board of Directors for the Company and there are no other Directors for the Company;

**WHEREAS**, the undersigned have received and reviewed information regarding the financial condition of the Company and have received advice from counsel;

**WHEREAS**, in the business judgment of the Directors, it is in the best interests of the Company, its creditors, members, employees, and other interested parties for the Company to file a chapter 11 bankruptcy case;

**WHEREAS**, the Board of Directors has unanimously authorized the filing of a bankruptcy case under Chapter 11 of Title 11 of the United States Code on behalf of the Company; and

**WHEREAS**, the Board of Directors has also unanimously authorized the commencement of such litigation and other such action as the Authorized Officers and counsel deem appropriate to effectuate a sale of the property subject to the Master Deed dated March 10, 1976 (as amended); it is hereby

**RESOLVED**, that the Company be, and hereby is, authorized and empowered to file a voluntary petition for relief under Chapter 11 of Title 11 of the United States Code in the United States Bankruptcy Court for the District of South Carolina; and it is further

**RESOLVED**, that until such time as they are no longer officers of the Company, Anne Summer, the President of the Company, and Christine Kenny, the Secretary of the Company shall be the Company's Authorized Officers throughout the Chapter 11 bankruptcy process; and it is further

**RESOLVED**, that each of the Authorized Officers is hereby authorized and directed, in the name and on behalf of the Company, to prepare or cause to be prepared, and to execute or cause to be executed, all documents, petitions, pleadings, and other instruments as necessary and appropriate, to cause the initiation and prosecution of the Chapter 11 bankruptcy case; and it is further

**RESOLVED**, that Beal, LLC is retained to represent the Company as general bankruptcy counsel in its chapter 11 case and to assist the Company with carrying out its duties under the Bankruptcy Code, upon such retainer and compensation agreement as an Authorized Officer deems appropriate; and it is further

**RESOLVED**, that Parker Poe Adams & Bernstein LLP ("Parker Poe") is retained to represent the Company as special counsel in its Chapter 11 case and to assist the Company with certain transactions and litigation regarding the sale of the property subject to the Master Deed dated March 10, 1976 (as amended); and it is further

**RESOLVED**, that Parker Poe and Beal, as counsel to the Association, are authorized to commence and prosecute such litigation and take such other actions as approved by an Authorized Officer to effectuate a sale of the property subject to the Master Deed dated March 10, 1976 (as amended).

**RESOLVED**, that all acts, actions and transactions relating to the matters contemplated by the foregoing resolutions done in the name of and on behalf of the Company, which acts would have been approved by the foregoing resolutions except that such acts were taken before the adoption of these resolutions, are hereby, in all respects, approved and ratified as the true acts and deeds of the Company with the same force and effect as if each such act, transaction, agreement or certificate has been specifically authorized in advance by resolution of the Directors of the Company; and it is further

**RESOLVED**, that this Unanimous Written Consent may be executed in several counterparts, each of which shall constitute an original but all of which taken together shall constitute one and the same instrument.

IN WITNESS WHEREOF, the undersigned Directors of the Company have executed this written consent as of the ____ day of December, 2025.

DIRECTORS:

Signature:  _____

Print Name:    Anne Summer, President

Signature:  _____

Print Name:    Pete Ward, Vice President

Signature: _____

Print Name:    Christine Kenny, Secretary

Signature: _____

Print Name:    Elizabeth Shuttleworth, Treasurer

Signature: _____

Print Name:    Ed Meyer, Member at Large

**Caution:** Forms printed from within Adobe Acrobat may not meet IRS or state taxing agency specifications. When using Acrobat, select the "Actual Size" in the Adobe "Print" dialog.

CLIENT'S COPY

**DAVIS & COMPANY CPAS**
**P.O. BOX 1552**
**MOUNT PLEASANT, SC 29465**

MAY 1, 2025


DOCKSIDE ASSOCIATION, INC
330 CONCORD STREET
CHARLESTON, SC   29401


DOCKSIDE ASSOCIATION, INC:

WE HAVE PREPARED AND ENCLOSED YOUR 2024 CORPORATION INCOME
TAX RETURN FOR THE YEAR ENDED DECEMBER 31, 2024.

THIS RETURN HAS BEEN PREPARED FOR ELECTRONIC FILING.  IF YOU
WISH TO HAVE IT TRANSMITTED ELECTRONICALLY TO THE IRS, PLEASE
SIGN, DATE, AND RETURN FORM 8879-CORP TO OUR OFFICE.  WE WILL
THEN SUBMIT YOUR ELECTRONIC RETURN TO THE IRS.  DO NOT MAIL
THE PAPER COPY OF THE RETURN TO THE IRS.

NO PAYMENT IS REQUIRED WITH THIS RETURN WHEN FILED.

A COPY OF THE RETURN IS ENCLOSED FOR YOUR FILES.  WE SUGGEST
THAT YOU RETAIN THIS COPY INDEFINITELY.

VERY TRULY YOURS,


ZOE DAVIS

CORPORATION
# Two-Year Comparison

**2024**

| Name | Employer Identification Number |
|------|-------------------------------|
| DOCKSIDE ASSOCIATION, INC | ████ 7103 |

| Description | Prior Year | Current Year | Increase (Decrease) |
|-------------|-----------:|-------------:|--------------------:|
| GROSS INCOME: | | | |
| | | | |
| INTEREST | 49,944. | 105,015. | 55,071. |
| GROSS RENTS | 8,860. | 8,840. | -20. |
| GROSS INCOME | 58,804. | 113,855. | 55,051. |
| | | | |
| DEDUCTIONS: | | | |
| | | | |
| INTEREST | 0. | 141,655. | 141,655. |
| OTHER DEDUCTIONS | 344,478. | 107,406. | -237,072. |
| TOTAL DEDUCTIONS | 344,478. | 249,061. | -95,417. |
| | | | |
| TAXABLE INCOME: | | | |
| | | | |
| TAXABLE INCOME BEFORE SPECIFIC DEDUCTION OF $100 | -285,674. | -135,206. | 150,468. |
| SPECIFIC DEDUCTION OF $100 | 100. | 100. | 0. |
| TAXABLE INCOME | -285,774. | -135,306. | 150,468. |
| | | | |
| TAX COMPUTATION: | | | |
| | | | |
| TAX BEFORE CREDITS | 0. | 0. | 0. |
| | | | |
| QUALIFIED ELECTRIC VEHICLE CREDIT | 0. | 0. | 0. |
| TAX AFTER CREDITS | 0. | 0. | 0. |
| | | | |
| TOTAL TAX | 0. | 0. | 0. |
| | | | |
| PAYMENTS AND CREDITS: | | | |
| | | | |
| BALANCE DUE OR REFUND: | | | |

| Form **8879-CORP** | **E-file Authorization for Corporations** | | OMB No. 1545-0123 |
|---|---|---|---|
| (Rev. December 2024) | For calendar year 2024, or tax year beginning _____, 2024, ending _____, 20 ___ | | |
| Department of the Treasury<br>Internal Revenue Service | **For use with Form 1120 series returns.**<br>**Do not send to the IRS. Keep for your records.**<br>Go to www.irs.gov/Form8879CORP for the latest information. | | |

| Name of corporation | Employer identification number |
|---|---|
| DOCKSIDE ASSOCIATION, INC | ███████7103 |

### Part I — Information (Whole dollars only)

| | | |
|---|---|---|
| **1** Total income (Form 1120, line 11) | **1** | |
| **2** Total income (Form 1120-F, Section II, line 11) | **2** | |
| **3** Total income (loss) (Form 1120-S, line 6) | **3** | |
| **4** Total income (Form 1120 —H_____, line 8 ) | **4** | 113,855. |

### Part II — Declaration and Signature Authorization of Officer. Be sure to get a copy of the corporation's return.

Under penalties of perjury, I declare that I am an officer of the above corporation and that I have examined a copy of the corporation's electronic income tax return and accompanying schedules and statements, and to the best of my knowledge and belief, they are true, correct, and complete. I further declare that the amounts in Part I above are the amounts shown on the copy of the corporation's electronic income tax return. I consent to allow my electronic return originator (ERO), transmitter, or intermediate service provider to send the corporation's return to the IRS and to receive from the IRS **(a)** an acknowledgment of receipt or reason for rejection of the transmission, **(b)** the reason for any delay in processing the return or refund, and **(c)** the date of any refund. If applicable, I authorize the U.S. Treasury and its designated Financial Agent to initiate an electronic funds withdrawal (direct debit) entry to the financial institution account indicated in the tax preparation software for payment of the corporation's federal taxes owed on this return, and the financial institution to debit the entry to this account. To revoke a payment, I must contact the U.S. Treasury Financial Agent at **888-353-4537** no later than 2 business days prior to the payment (settlement) date. I also authorize the financial institutions involved in the processing of the electronic payment of taxes to receive confidential information necessary to answer inquiries and resolve issues related to the payment. I have selected a personal identification number (PIN) as my signature for the corporation's electronic income tax return and, if applicable, the corporation's consent to electronic funds withdrawal.

**Officer's PIN: check one box only**

☐ I authorize _____ to enter my PIN [_____]
                                    ERO firm name                                              do not enter all zeros
    as my signature on the corporation's electronically filed income tax return.

☒ As an officer of the corporation, I will enter my PIN as my signature on the corporation's electronically filed income tax return.

Officer's signature _____ Date 05/07/202_ Title OFFICER

### Part III — Certification and Authentication

**ERO's EFIN/PIN.** Enter your six-digit EFIN followed by your five-digit self-selected PIN. [ ██████7211 ]
                                                                                                        do not enter all zeros

I certify that the above numeric entry is my PIN, which is my signature on the electronically filed income tax return for the corporation indicated above. I confirm that I am submitting this return in accordance with the requirements of **Pub. 3112,** IRS *e-file* Application and Participation, and **Pub. 4163,** Modernized e-File (MeF) Information for Authorized IRS *e-file* Providers for Business Returns.

ERO's signature ZOE DAVIS . Date 05/01/25

**ERO Must Retain This Form - See Instructions**
**Do Not Submit This Form to the IRS Unless Requested To Do So**

LHA   **For Paperwork Reduction Act Notice, see instructions.** Form **8879-CORP** (Rev. 12-2024)

| Form **7004**<br>(Rev. December 2018)<br>Department of the Treasury<br>Internal Revenue Service | **Application for Automatic Extension of Time To File Certain<br>Business Income Tax, Information, and Other Returns**<br>▶ File a separate application for each return.<br>▶ Go to www.irs.gov/Form7004 for instructions and the latest information. | OMB No. 1545-0233 |
|---|---|---|

| **Print<br>or<br>Type** | Name<br>**DOCKSIDE ASSOCIATION, INC** | Identifying number<br>▨▨▨▨▨7103 |
|---|---|---|
| | Number, street, and room or suite no. (If P.O. box, see instructions.)<br>**330 CONCORD STREET** | |
| | City, town, state, and ZIP code (If a foreign address, enter city, province or state, and country (follow the country's practice for entering postal code).)<br>**CHARLESTON, SC  29401** | |

**Note:** File request for extension by the due date of the return. See instructions before completing this form.

### Part I   Automatic Extension for Certain Business Income Tax, Information, and Other Returns. See instructions.

**1**  Enter the form code for the return listed below that this application is for ................................ **17**

| Application<br>Is For: | Form<br>Code | Application<br>Is For: | Form<br>Code |
|---|---|---|---|
| Form 706-GS(D) | 01 | Form 1120-ND (section 4951 taxes) | 20 |
| Form 706-GS(T) | 02 | Form 1120-PC | 21 |
| Form 1041 (bankruptcy estate only) | 03 | Form 1120-POL | 22 |
| Form 1041 (estate other than a bankruptcy estate) | 04 | Form 1120-REIT | 23 |
| Form 1041 (trust) | 05 | Form 1120-RIC | 24 |
| Form 1041-N | 06 | Form 1120S | 25 |
| Form 1041-QFT | 07 | Form 1120-SF | 26 |
| Form 1042 | 08 | Form 3520-A | 27 |
| Form 1065 | 09 | Form 8612 | 28 |
| Form 1066 | 11 | Form 8613 | 29 |
| Form 1120 | 12 | Form 8725 | 30 |
| Form 1120-C | 34 | Form 8804 | 31 |
| Form 1120-F | 15 | Form 8831 | 32 |
| Form 1120-FSC | 16 | Form 8876 | 33 |
| Form 1120-H | 17 | Form 8924 | 35 |
| Form 1120-L | 18 | Form 8928 | 36 |
| Form 1120-ND | 19 | | |

### Part II   All Filers Must Complete This Part

**2** If the organization is a foreign corporation that does not have an office or place of business in the United States,
check here ........................................................................................ ▶ ☐

**3** If the organization is a corporation and is the common parent of a group that intends to file a consolidated return,
check here ........................................................................................ ▶ ☐
   If checked, attach a statement listing the name, address, and employer identification number (EIN) for each member
   covered by this application.

**4** If the organization is a corporation or partnership that qualifies under Regulations section 1.6081-5, check here ........ ▶ ☐

**5a** The application is for calendar year **2024**, or tax year beginning _____, and ending _____

  **b** **Short tax year.** If this tax year is less than 12 months, check the reason: ☐ Initial return  ☐ Final return
     ☐ Change in accounting period  ☐ Consolidated return to be filed  ☐ Other (See instructions - attach explanation.)

| | | | |
|---|---|---|---|
| **6** | Tentative total tax ........................................................... | **6** | 0. |
| **7** | **Total** payments and credits. See instructions ....................................... | **7** | 0. |
| **8** | **Balance due.** Subtract line 7 from line 6. See instructions ............................. | **8** | 0. |

LHA  **For Privacy Act and Paperwork Reduction Act Notice, see separate instructions.**                Form **7004** (Rev. 12-2018)

DEPARTMENT OF THE TREASURY
INTERNAL REVENUE SERVICE CENTER
KANSAS CITY, MO 64999-0019

419741 04-01-24

Form **1120-H**

Department of the Treasury
Internal Revenue Service

## U.S. Income Tax Return for Homeowners Associations

Go to www.irs.gov/Form1120H for instructions and the latest information.

OMB No. 1545-0123

**2024**

| For calendar year 2024 or tax year beginning | , and ending | |
|---|---|---|

| TYPE OR PRINT | Name  DOCKSIDE ASSOCIATION, INC | Employer identification number |
| | Number, street, and room or suite no. If a P.O. box, see instructions.  330 CONCORD STREET | ▓▓▓7103 |
| | | Date association formed |
| | City or town, state or province, country, and ZIP or foreign postal code  CHARLESTON, SC 29401 | 03/09/1976 |

Check if: (1) ☐ Final return  (2) ☐ Name change  (3) ☐ Address change  (4) ☐ Amended return

| | | | |
|---|---|---|---|
| A | Check type of homeowners association: ☐ Condominium management association  ☒ Residential real estate association  ☐ Timeshare association | | |
| B | Total exempt function income. Must meet 60% gross income test **SEE STATEMENT 1** | B | 6,181,510. |
| C | Total expenditures made for purposes described in 90% expenditure test **SEE STATEMENT 2** | C | 5,831,349. |
| D | Association's total expenditures for the tax year | D | 6,080,410. |
| E | Tax-exempt interest received or accrued during the tax year | E | 0. |

### Gross Income (excluding exempt function income)

| | | | |
|---|---|---|---|
| 1 | Dividends | 1 | |
| 2 | Taxable interest **SEE STATEMENT 3** | 2 | 105,015. |
| 3 | Gross rents | 3 | 8,840. |
| 4 | Gross royalties | 4 | |
| 5 | Capital gain net income (attach Schedule D (Form 1120)) | 5 | |
| 6 | Net gain or (loss) from Form 4797, Part II, line 17 (attach Form 4797) | 6 | |
| 7 | Other income (excluding exempt function income) (attach statement) | 7 | |
| 8 | **Gross income** (excluding exempt function income). Add lines 1 through 7 | 8 | 113,855. |

### Deductions (directly connected to the production of gross income, excluding exempt function income)

| | | | |
|---|---|---|---|
| 9 | Salaries and wages | 9 | |
| 10 | Repairs and maintenance | 10 | |
| 11 | Rents | 11 | |
| 12 | Taxes and licenses | 12 | |
| 13 | Interest | 13 | 141,655. |
| 14 | Depreciation (attach Form 4562) | 14 | |
| 15 | Other deductions (attach statement) **SEE STATEMENT 4** | 15 | 107,406. |
| 16 | **Total deductions.** Add lines 9 through 15 | 16 | 249,061. |
| 17 | Taxable income before specific deduction of $100. Subtract line 16 from line 8 | 17 | -135,206. |
| 18 | Specific deduction of $100 | 18 | $100 |

### Tax and Payments

| | | | | |
|---|---|---|---|---|
| 19 | **Taxable income.** Subtract line 18 from line 17 | | 19 | -135,306. |
| 20 | Enter 30% (0.30) of line 19. (Timeshare associations, enter 32% (0.32) of line 19.) | | 20 | 0. |
| 21 | Tax credits | | 21 | |
| 22 | **Total tax.** Subtract line 21 from line 20. See instructions for recapture of certain credits | | 22 | 0. |
| 23 a | Preceding year's overpayment credited to the current year | 23a | | |
| b | Current year's estimated tax payments | 23b | | |
| c | Tax deposited with Form 7004 | 23c | | |
| d | Credit for tax paid on undistributed capital gains (attach Form 2439) | 23d | | |
| e | Credit for federal tax paid on fuels (attach Form 4136) | 23e | | |
| f | Elective payment election amount from Form 3800 | 23f | | |
| g | **Total payments and credits.** Combine lines 23a through 23f | | 23g | 0. |
| 24 | **Amount owed.** Subtract line 23g from line 22. See instructions | | 24 | |
| 25 | **Overpayment.** Subtract line 22 from line 23g | | 25 | |
| 26 | Enter amount of line 25 you want: **Credited to 2025 estimated tax** ____  Refunded | | 26 | |

**Sign Here**

Under penalties of perjury, I declare that I have examined this return, including accompanying schedules and statements, and to the best of my knowledge and belief, it is true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge.

| Signature of officer | Date | OFFICER  Title | May the IRS discuss this return with the preparer shown below? See instr.  ☒ Yes  ☐ No |
|---|---|---|---|

**Paid Preparer Use Only**

| Print/Type preparer's name  ZOE DAVIS | Preparer's signature  ZOE DAVIS | Date  05/01/25 | Check ☐ if self-employed | PTIN  ▓▓7590 |
|---|---|---|---|---|
| Firm's name  DAVIS & COMPANY CPAS | | | Firm's EIN  ▓▓8464 | |
| Firm's address  P.O. BOX 1552  MOUNT PLEASANT, SC 29465 | | | Phone no 843-881-3315 | |

410591
12-26-24  LHA  **For Paperwork Reduction Act Notice, see separate instructions.**

Form **1120-H** (2024)

Name: DOCKSIDE ASSOCIATION, INC                                    I.D. Number ███████ 7103

## Income (Loss) From Other Rental Activities

1    Show the kind and location of each rental property.

A

B

C

D

| Rental Income | | Properties | | | |
|---|---|---|---|---|---|
| | | **A** | **B** | **C** | **D** |
| 2    Gross rents | 2 | 8,840. | | | |
| **Rental Expenses** | | | | | |
| 3    Advertising | 3 | | | | |
| 4    Auto and travel | 4 | | | | |
| 5    Cleaning and maintenance | 5 | | | | |
| 6    Commissions | 6 | | | | |
| 7    Insurance | 7 | | | | |
| 8    Legal and other professional fees | 8 | | | | |
| 9    Interest | 9 | | | | |
| 10   Repairs | 10 | | | | |
| 11   Taxes | 11 | | | | |
| 12   Utilities | 12 | | | | |
| 13   Wages and salaries | 13 | | | | |
| 14   Depreciation | 14 | | | | |
| 15   Other (list) ▶ | 15 | | | | |
| | | | | | |
| | | | | | |
| 16   Total expenses for each property. Add lines 3 through 15 | 16 | 0. | | | |

| | | | |
|---|---|---|---|
| 17   Total gross rents. Add gross rents from line 2, columns A through D | | 17 | 8,840. |
| 18   Total expenses. Add total expenses from line 16, columns A through D | | 18 | |
| 19   Net gain (loss) from Form 4797, Part II, line 17, from disposition of property from other rental activities | | 19 | |
| 20   Net income (loss) from other rental(s) | | 20 | 8,840. |

| FORM 1120-H | EXEMPT FUNCTION INCOME | STATEMENT 1 |
|---|---|---|
| **DESCRIPTION** | | **AMOUNT** |
| HOA MEMBERSHIP DUES | | 6,052,927. |
| MISCELLANEOUS | | 128,583. |
| TOTAL TO FORM 1120-H, ITEM B | | 6,181,510. |

| FORM 1120-H | EXPENDITURES DESCRIBED IN 90% TEST | STATEMENT 2 |
|---|---|---|
| **DESCRIPTION** | | **AMOUNT** |
| ADMINISTRATIVE | | 43,291. |
| CONTRACT SERVICES | | 354,637. |
| INSURANCE | | 441,670. |
| PAYROLL PROCESSING FEES | | 23,927. |
| POOL EXPENSES | | 32,206. |
| PROFESSIONAL FEES | | 1,930,270. |
| REPAIRS AND MAINTENANCE | | 2,439,797. |
| SALARIES | | 278,465. |
| SECURITY EQUIPMENT MAINTENANCE | | 45,321. |
| UTILITIES | | 241,765. |
| TOTAL TO FORM 1120-H, ITEM C | | 5,831,349. |

| FORM 1120-H | INTEREST INCOME | | STATEMENT 3 |
|---|---|---|---|
| **DESCRIPTION** | | **US** | **OTHER** |
| INTEREST INCOME | | | 105,015. |
| TOTAL TO FORM 1120-H, LINE 2 | | | 105,015. |

| FORM 1120-H | OTHER DEDUCTIONS | STATEMENT 4 |
|---|---|---|
| **DESCRIPTION** | | **AMOUNT** |
| ALLOCATED TO TAXABLE EXPENSES | | 107,406. |
| TOTAL TO FORM 1120-H, LINE 15 | | 107,406. |

STATEMENT(S) 1, 2, 3, 4

# Profit and Loss

*January - October, 2025*

| | Total |
|---|---:|
| **INCOME** | |
| 6000 Revenue | |
| 6001 Regime Fees-Operational | 1,567,818.00 |
| 6003 Replacement Reserves | 21,668.00 |
| 6005 Reserve Repairs | 23,334.00 |
| 6010 Storage Room Rental | 5,160.00 |
| 6013 Late Fees & Interest | 25,499.67 |
| 6014 Fees and Fines | 1,001.80 |
| 6017 Transfer Fee | 94,405.00 |
| 6019 New Resident Revenue | 14,400.00 |
| 6020 Bank(s)  Interest | 93,517.67 |
| 6029 Other Misc Revenue | 1,457.56 |
| **Total 6000 Revenue** | **1,848,261.70** |
| **Total Income** | **1,848,261.70** |
| **GROSS PROFIT** | **1,848,261.70** |
| **EXPENSES** | |
| 7000 General Maintenance | |
| 7001 Physical Building | 24,868.29 |
| 7005 Walls, Flooring Maintenance | 43,402.68 |
| 7009 HVAC Repairs | -778.00 |
| 7011 Electrical Repairs and Supplies | 5,837.36 |
| 7014 Plumbing Repairs and Supplies | 25,606.80 |
| 7024 Maintenance Supplies | 1,497.79 |
| 7025 Janitorial Supplies | 1,944.13 |
| 7026 Uniforms, Mats, Mileage | 4,894.12 |
| 7033 Pool Expense | 1,609.94 |
| 7035 Contract Labor | 9,783.00 |
| 7050 Maintenance-Other | 17,617.96 |
| 7060 Contracts-other | 114,000.00 |
| **Total 7000 General Maintenance** | **250,284.07** |
| 7100 Contract Services | |
| 7101 HVAC Services Contract | 4,130.04 |
| 7102 Pool Maintenance Contract | 3,695.00 |
| 7104 Janitorial Contract | 7,944.00 |
| 7110 Security Services Contract | 182,059.89 |
| 7111 Elevator Contract | 16,108.41 |
| 7115 Pest Control Contract | 925.00 |
| 7118 Landscaping Contract | 11,900.00 |
| 7119 Interior Plants Contract | 1,762.83 |
| 7121 Maintenance Contracts | 2,776.10 |

|                                        | Total        |
|----------------------------------------|-------------:|
| **Total 7100 Contract Services**       | **231,301.27** |
| 7200 Utilities                         |              |
| 7201 Utilities-Disposal                | 9,071.80     |
| 7203 Utilities-Electric                | 105,310.16   |
| 7205 Utilities-Natural Gas             | 2,895.07     |
| 7207 Utilities-Telephone/internet      | 5,387.17     |
| 7209 Utilities-Water & Sewer           | 37,737.23    |
| **Total 7200 Utilities**               | **160,401.43** |
| 7300 Personnel                         |              |
| 7301 Salaries Admin                    | 167,135.83   |
| 7310 Salaries - Maintenance            | 33,259.83    |
| 7320 Payroll Expenses                  | 18,794.74    |
| 7321 Health Insurance Reimbursement    | 5,881.27     |
| **Total 7300 Personnel**               | **225,071.67** |
| 7400 Insurance                         |              |
| 7401 Flood Insurance                   | 48,229.82    |
| 7405 Insurance D&O                     | 12,791.77    |
| 7407 Property Insurance                | 438,404.99   |
| 7410 Workers Compensation Insurance    | 5,234.74     |
| 7411 Insurance-Crime                   | 2,209.20     |
| 7412 Insurance-Umbrella                | 5,587.56     |
| 7420 Life Insurance - Employees        | 568.68       |
| **Total 7400 Insurance**               | **513,026.76** |
| 7500 Professional Fees                 |              |
| 7510 Inspections/License/Fees          | 2,069.50     |
| 7512 Accounting                        | 28,988.65    |
| 7519 Consulting                        | 316,351.39   |
| 7520 Legal                             | 144,555.24   |
| **Total 7500 Professional Fees**       | **491,964.78** |
| 7600 Administrative Expenses           |              |
| 7602 Office Expenses                   | 1,949.31     |
| 7603 Employment Expenses               | 5.87         |
| 7604 Software & Website                | 7,169.44     |
| 7605 Loan Costs                        | 118,138.28   |
| 7614 Postage, Bank, Printing           | 13,275.71    |
| 7615 Computer/Network Expenses         | 4,317.00     |
| 7624 Committee/Assn Expenses           | 816.05       |
| 7625 Expenses-Other                    | 6,906.95     |
| **Total 7600 Administrative Expenses** | **152,578.61** |
| 7700 Security Safety Enviro            |              |
| 7705 Security-Other                    | 356.98       |
| 7710 Safety Equipment                  | 762.50       |
| **Total 7700 Security Safety Enviro**  | **1,119.48** |

Unaudited. No CPA assurance provided. No note disclosures included.

| | Total |
|---|---:|
| **Total Expenses** | **2,025,748.07** |
| NET OPERATING INCOME | -177,486.37 |
| OTHER INCOME | |
| 8100 Insurance Proceeds | 232,626.77 |
| **Total Other Income** | **232,626.77** |
| NET OTHER INCOME | 232,626.77 |
| NET INCOME | **$55,140.40** |

# Balance Sheet
As of October 31, 2025

|  | Total |
|---|---|
| **ASSETS** | |
| Current Assets | |
| Bank Accounts | |
| 1101 1st Citizens OperSavings #7956 | 14,564.91 |
| 1102 1st Citizens GaragePlaza #7948 | 560,670.26 |
| 1103 1st Citizens Repl Reserve #7921 | 88,324.22 |
| 1104 1st Citizens Def Maint #7905 | 94,211.12 |
| 1105 1st Citizens SpecAssmtSav #7913 | 1,368.90 |
| 1106 1st Citizens Tower Assessment #7099 | 16,355.09 |
| 1107 !st Citizens Operating 2 - 9453 | 296,886.73 |
| 1108 First Citizens Dock Insurance Account | 188,464.00 |
| 1109 Prepaid Insurance Deductible Account | 270,316.27 |
| **Total Bank Accounts** | **1,531,161.50** |
| Accounts Receivable | |
| 2000 Accounts Receivable | 301,752.97 |
| **Total Accounts Receivable** | **301,752.97** |
| Other Current Assets | |
| 1200 A/R 2022 Plaza Garage Assessment | 1,308,625.54 |
| 1201 2024 Garage Plaza Assessment Receivable | 674,229.80 |
| 3001 Prepaid Insurances | 220,564.44 |
| 3011 Due to Def Maintenance from the Tower Assessment | 252,240.00 |
| 3012 Due to Replacement Reserve from  Tower Assessment | 405,000.00 |
| 3027 Due To Replace from Operating | 100,000.00 |
| 3028 Due To Def Maint from Operating | 100,000.00 |
| 3036 Due to Garage Plaza from Operating | 20.30 |
| 3050 OF Allowance for Doubtful Accts | -618.12 |
| **Total Other Current Assets** | **3,060,061.96** |
| **Total Current Assets** | **4,892,976.43** |
| **TOTAL ASSETS** | **$4,892,976.43** |
| **LIABILITIES AND EQUITY** | |
| Liabilities | |
| Current Liabilities | |
| Accounts Payable | |
| 4000 Accounts Payable | 6,336.69 |
| **Total Accounts Payable** | **6,336.69** |
| Credit Cards | |
| 4100 Credit Card - First Citizens | 1,545.48 |
| **Total Credit Cards** | **1,545.48** |
| Other Current Liabilities | |

| | Total |
|---|---|
| 3026 Due from Operating to Replace | 100,000.00 |
| 3037 Due From Operating to Garage Plaza | 20.30 |
| 3044 Due from the Tower Assessment to Replacement Reserve | 405,000.00 |
| 3045 Due from Tower to  Deferred Maintenance | 252,240.00 |
| 3059 Due from operating to def maint | 100,000.00 |
| 4015 Business Line of Credit | 2,269,636.41 |
| 4016 Business LOC - 2 | 734,685.69 |
| 4020 Security Deposits | 8,225.00 |
| 4050 Deferred Revenue et. al. | 60,127.21 |
| 4050.1 Deferred Revenue - Dock | 193,916.25 |
| 4050.2 Deferred Revenue-Dorian | 9,945.98 |
| **Total 4050 Deferred Revenue et. al.** | **263,989.44** |
| 4055 Special Assessment Revenue HRP | 38,640.00 |
| **Total Other Current Liabilities** | **4,172,436.84** |
| **Total Current Liabilities** | **4,180,319.01** |
| **Total Liabilities** | **4,180,319.01** |
| Equity | |
| 32000 Retained Earnings | -309,879.80 |
| 5000 Fund Balance - Operating | -9,290,238.18 |
| 5001 Fund Balance - Deferred Maint. | 593,381.00 |
| 5002 Fund Balance - Replacement Resv | 546,481.00 |
| 5006 P&G fund balance | 8,525,099.00 |
| 5007 Operating-Bd designated ins deductible | 50,000.00 |
| 5008 Fund Balance - Tower Project | 542,674.00 |
| Net Income | 55,140.40 |
| **Total Equity** | **712,657.42** |
| **TOTAL LIABILITIES AND EQUITY** | **$4,892,976.43** |

Unaudited. No CPA assurance provided. No note disclosures included.

# Statement of Cash Flows

January - October, 2025

|  | Total |
|---|---|
| OPERATING ACTIVITIES | |
| Net Income | 55,140.40 |
| Adjustments to reconcile Net Income to Net Cash provided by operations: | |
| 2000 Accounts Receivable | -242,374.57 |
| 1200 A/R 2022 Plaza Garage Assessment | 716,873.35 |
| 1201 2024 Garage Plaza Assessment Receivable | 319,956.95 |
| 3001 Prepaid Insurances | -93,812.35 |
| 3011 Due to Def Maintenance from the Tower Assessment | -195,000.00 |
| 3012 Due to Replacement Reserve from  Tower Assessment | -355,000.00 |
| 3027 Due To Replace from Operating | -100,000.00 |
| 3028 Due To Def Maint from Operating | -100,000.00 |
| 4000 Accounts Payable | -388,085.00 |
| 4100 Credit Card - First Citizens | -5,832.77 |
| 4101 Maintenance Credit Card | -1,955.98 |
| 3026 Due from Operating to Replace | 100,000.00 |
| 3044 Due from the Tower Assessment to Replacement Reserve | 355,000.00 |
| 3045 Due from Tower to  Deferred Maintenance | 195,000.00 |
| 3059 Due from operating to def maint | 100,000.00 |
| 4015 Business Line of Credit | -498,615.52 |
| 4016 Business LOC - 2 | -150,043.50 |
| 4020 Security Deposits | -39,725.00 |
| 4021 Entertainment Committee Deposits | -858.50 |
| 4050 Deferred Revenue et. al. | 60,127.21 |
| 4050.3 Deferred Revenue et. al.:Plaza Garage Deferred Revenue | -139,730.93 |
| **Total Adjustments to reconcile Net Income to Net Cash provided by operations:** | **-464,076.61** |
| **Net cash provided by operating activities** | **-408,936.21** |
| NET CASH INCREASE FOR PERIOD | -408,936.21 |
| Cash at beginning of period | 1,940,097.71 |
| CASH AT END OF PERIOD | **$1,531,161.50** |

Unaudited. No CPA assurance provided. No note disclosures included.